COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:      In re Jason T. Pegues

Appellate case number:   01-17-00917-CR

Trial court case number:  94-DCR-026185

Trial court:                    434th District Court of Fort Bend County

It is ordered that the motion for rehearing is DENIED. All other pending motions are dismissed as moot.

Judge's signature: /s/ Harvey Brown
                            Acting for the Court

Panel consists of Justices Keyes, Brown, and Lloyd

Date:  February 13, 2018